435 A.2d 266

Commonwealth v. Morrow, Appellant.

Submitted April 16, 1980. William A. Dopierala, for appellant; John H. Moore, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.